# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CASEY DAHM                                                                                          PLAINTIFF

v.                                          NO. 3:07CV00026 HDY

MICHAEL J. ASTRUE, Commissioner                                                DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Casey Dahm ("Dahm") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 16. In the motion, Dahm seeks attorney's fees and expenses in the total amount of $445.36. The Commissioner of the Social Security Administration ("Commissioner") has no objection to the motion. The Court has reviewed Dahm's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the expenses incurred. The motion is therefore granted. Dahm is awarded attorney's fees and expenses in the total amount of $445.36. The Commissioner shall certify the award and shall pay it to Dahm's attorney of record, Mr. Anthony W. Bartels.

IT IS SO ORDERED this ___24___ day of September, 2009.

 

_____
UNITED STATES MAGISTRATE JUDGE